Boyer, Supt. v. State ex Halyburton. OS. No. 20937, 6 Abs. 93, rev. 309, Syl. 6 Abs. 310; 118 Oh. St. 582★; 162 NE. 38.

Bradley v. Barch. OA. 6 Abs. 444.

Charpiot v. State ex Scott. OS. No. 20949, 6 Abs. 109, MCO. 157, rev. 389, Syl. 6 Abs. 384; 119 Oh. St. 66★.

Cleveland Ry. Co. v. Nickel etc. OS. No. 21296, 6 Abs. 455.

Davison v. Hersman et. OA. 6 Abs. 454.

DeLuxe Cab Co. v. Green Cab Co. OS. No. 21288, 6 Abs. 455.

Dubor et v. Klamer et. OS. No. 21295, 6 Abs. 455.

Elliott et v. Garinger. OA. 6 Abs. 419; 27 Oh. Ap. 362★; 161 NE. 287.

Foreman, Admx. v. Medina Co. Nat. Bk. et. (S. R.) OS. No. 20927, 6 Abs. 77, 125, aff. 357, Syl. 369; 118 Oh. St. 17★; 163 NE. 42.

Geiss et v. Armbruster. OA. 6 Abs. 444.

Hardin-Wyandot Light Co. v. P. U. C. OS. No. 18456, 2 Abs. 226, OS. No. 1. Abs. 878; aff. 6 Abs. 309, Syl. 6 Abs. 309; 118 Oh. St. 592★.

Guear et v. Stechschulte. OS. No. 20884, 6 Abs. 13, 77, 357, Syl. 6 Abs. 371; 118 Oh. St. 1★; 162 NE. 46.

Gund Realty Co. v. Cleveland (City). OA. 5 Abs. 517; OS. No. 20626, 5 Abs. 471, MCO. 701; 26 Oh. Ap. 361★; 160 NE. 101.

Hardesty v. Harrison, et. OA. 6 Abs. 445.

Henkel & Sullivan v. Robinson. OA. 6 Abs. 419; 27 Oh. Ap. 341★; 161 NE. 342.

Hornback et v. Sabin Robbins Paper Co. OA. 5 Abs. 298; OS. No. 20920, 6 Abs. 45, MCO. 109; 27 Oh. Ap. 329★; 161 NE. 213.

Indust. Comm v. Ahern. OS. No. 20973, 6 Abs. 141, 189, rev. 389, Syl. 385; 119 Oh. St. 41★.

Indust. Comm. v. Link. OS. No. 21299, 6 Abs. 455.

International Telepost Co. v. P. U. C. OS. No. 21294, 6 Abs. 455.

Lannen v. Worland et. OS. No. 20932, 6 Abs. 77, 125, aff. 373, Syl. 369; 119 Oh. St. 49★.

Lorbach v. Myers. OA. 6 Abs. 451.

Martin Baking Co. v. Tompkinson. OA. 6 Abs. 130; 27 Oh. Ap. 355★; 161 NE. 288.

Medina Co. Nat. Bk. etc. v. Foreman, Admx. etc. (S. R.) OA. 5 Abs. 787; 161 NE. 366.

Meyer, Admr. v. Fisher. OS. No. 21297, 6 Abs. 455.

Minerva-Canton Transit Co. v. P. U. C. OS. No. 21048, 6 Abs. 221, aff. 341, Syl. 358; 118 Oh. St. 561★; 162 NE. 34.

Nadel v. State. OA. 5 Abs. 790; OS. No. 20846, 5 Abs. 797; MCO. 6 Abs. 13; 27 Oh. Ap. 339★; 161 NE. 296.

National Un. Fire Ins. Co. v. Mulholland et. OA. 5 Abs. 771; OS. No. 20812, 5 Abs. 765, MCO. 823; 27 Oh. Ap. 334★; 161 NE. 351.

Novack, Admr., etc. v. Zaleski. OA. 6 Abs. 453.

Pavilonis v. Valentine. (S. R.) OS. No. 20835, 5 Abs. 797, MCO. 823.

Peters et v. McKean et. OS. No. 21298, 6 Abs. 455.

Price et v. State et. OS. No. 21292, 6 Abs. 455.

Pure Oil Co. v. Kindall etc. OS. No. 21293, 6 Abs. 455.

Righter v. Sedgley. OA. 6 Abs. 447.

Ruud Mfg. Co. v. McGean et. OA. 6 Abs. 456; OS. No. 21021, 6 Abs. 205, MCO. 253.

Schneiderman etc. v. Sesanstein. OS. No. 21290, 6 Abs. 455.

Schooner v. Barron. OS. No. 21289; 6 Abs. 455.

Smith v. Auditorium Bldg. Operating Co. OA. 6 Abs. 452.

Solomon v. Wakem. OA. 6 Abs. 419; OS. No. 20854, 5 Abs. 815; MCO. 6 Abs. 109; 27 Oh. Ap. 353★; 161 NE. 291.

Standard Sanitary Mfg. Co. v. George. OS. No. 20798, 5 Abs. 733, 823; rev. 6 Abs. 309, Syl. 6 Abs. 310; 118 Oh. St. 564★; 162 NE. 35.

State ex Sheinkman v. Maple Hts. Bd. of Health. OA. 6 Abs. 448.

State ex Pulskamp v. Mercer Co. Bd. of Com. OA. 6 Abs. 396; OS. No. 21291, 6 Abs. 455.

Streeter v. Heilman. OA. 5 Abs. 359; OS. No. 20613, 5 Abs. 446, MCO. 685; 26 Oh. Ap. 356★; 26 Oh. Ap. 229★; 160 NE. 490.

Strouse v. Schenck et. OA. 6 Abs. 443.

Taborn v. State. OA. 6 Abs. 449.

Theobald et v. Fayette Co. Comm. OS. No. 20950, 6 Abs. 109, aff. 373, Syl. 368; 119 Oh. St. 54★.

Valentine v. Pavilonis. (S. R.) OA. 6 Abs. 359; 27 Oh. Ap. 26★; 160 NE. 737.

Wright v. Clark. OA. 6 Abs. 449; OS. No. 21080, 6 Abs. 269, 309.

Wynn v. Wynn. OA. 6 Abs. 450; OS. No. 21244, 6 Abs. 405.

Z. C. & W. Transp. Co. v. P. U. C. OS. No. 21287, 6 Abs. 455.

---

## RUUD MFG. CO. v. McGEAN.

Ohio Appeals, 8th Dist., Cuyahoga Co.

No. 8059. Decided Feb. 6, 1928.

Middleton, P. J., Mauck and Thomas, JJ., of the 4th Dist., sitting.

Syllabus by Editorial Staff.

**516.—FEES AND COSTS—755. Mechanics' Liens.**

Only basis upon which attorney fee may be claimed, in mechanics' lien litigation, is where fund arises from sale of property.

Appeal from Common Pleas.

Findings modified and approved.

H. A. Blachman, Cleveland, for Ruud Mfg. Co.

Thompson, Hine & Flory, Cleveland, for McGean.

FULL TEXT.

THOMAS, J.

The same judgment may be entered in this court as was entered in the Court of Common Pleas with the exception relating to the attorney fee, on the holding of the Supreme Court of Ohio in the case of Matzinger et v. The Harvard Lumber Company, 115 OS. 555. The attorney fee will be refused. In that case the court in the third paragraph of the syllabus says:

"The provisions of Section 8323 GC., authorize the payment of an attorney fee only out of the fund realized for lien claimants, which fund is the sum applicable to the payment of mechanics' lien claims found to be valid."

The only basis upon which an attorney fee may be claimed, is where a fund was created and brought into court, arising from the sale of the property. There was no such fund in the instant case. The lienors who may have contemplated a participation in such fund, were represented by counsel whom they paid for their services. It can not be said, therefore, that counsel, in whose behalf the fee in question is claimed, did anything in their behalf and who should be required to pay an additional fee, especially when no fund existed as contemplated by the statute. Much less must it be expected that the owner of the property should be required to pay such fee in addition to the claims and lienholders and the costs of suit.

(Middleton, P. J. and Mauck, M., concur.)